Justice Breyer,
dissenting.
I join Justice Stevens’ dissent except for footnote 5. Although the principles of stare decisis are not inflexible, I believe they bind the Court here. I reached a similar conclusion in Arizona v. Gant, ante, at 354-355 (dissenting opinion), and in several other recent cases. See, e.g., Leegin Creative Leather Products, Inc. v. PSKS, Inc., 551 U. S. 877, 923-929 (2007) (same); Parents Involved in Community Schools v. Seattle School Dist. No. 1, 551 U. S. 701, 865-866 (2007) (same); Federal Election Comm’n v. Wisconsin Right to Life, Inc., 551 U. S. 449, 534-536 (2007) (Souter, J., dissenting); Bowles v. Russell, 551 U. S. 205, 219-220 (2007) (Souter, J., dissenting); Gonzales v. Carhart, 550 U. S. 124, 190-191 (2007) (Ginsburg, J., dissenting); District of Columbia v. Heller, 554 U. S. 570, 675-679 (2008) (Stevens, J., dissenting).